# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 20-00040-KD-B |
| GREGORY ALAN WILLIAMSON | : |
| Defendant. | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 175) and without any objection having been filed by the parties, Defendant Gregory Alan Williamson's plea of guilty to Count One of the Indictment charging conspiracy to possess with intent to distribute a controlled substance (Methamphetamine) is now accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **November 13, 2020, at 9:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile Alabama, 36602.

The United States Marshal is directed to produce Defendant Williamson for the sentencing hearing.

**DONE and ORDERED** this the 7th day of August 2020.

                                       s/Kristi K. DuBose
                                       KRISTI K. DuBOSE
                                       CHIEF UNITED STATES DISTRICT JUDGE